Satish Emnt
6655 38th Lane East
Sarasota, Florida 34243

     

RECEIVED
US DC CLERK CHARLESTON, SC
2023 MAR 14 AM 9:41

ITEM X-RAYED BY
USMS
03/14

Attn: Clerk of the Court
United States District Court
of South Carolina
J. Waties Waring Judicial Center
83 Meeting Street
Charleston, SC 29401