# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ronald Satish Emrit <br> *Plaintiff* <br> v. <br> University of Miami School of Law; President of University of Miami; Dean of Law School <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    3:23-cv-1028-DCC <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other:   venue is improper in this District and transfers this case to the United States District Court for the Southern District of Florida.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   June 27, 2023                                                              *CLERK OF COURT*

                                                                                                    s/Angela Lewis, Deputy Clerk
                                                                                                    *Signature of Clerk or Deputy Clerk*