# U.S. District Court
## District of South Carolina (Columbia)
### CIVIL DOCKET FOR CASE #: 3:23−cv−01028−DCC

Emrit v. University of Miami School of Law et al  
Assigned to: Honorable Donald C Coggins, Jr  
Cause: 42:12117 Americans with Disabilities Act

Date Filed: 03/14/2023  
Date Terminated: 06/27/2023  
Jury Demand: None  
Nature of Suit: 445 Civil Rights: Americans with Disabilities – Employment  
Jurisdiction: Federal Question

**Plaintiff**

**Ronald Satish Emrit**  represented by  **Ronald Satish Emrit**  
6655 38th Lane East  
Sarasota, Fl 34243  
PRO SE

V.

**Defendant**

**University of Miami School of Law**

**Defendant**

**President of University of Miami**

**Defendant**

**Dean of Law School**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2023 | Ï 1 | COMPLAINT against Dean of Law School, President of University of Miami, University of Miami School of Law, filed by Ronald Satish Emrit. (Attachments: # 1 Envelope) (lbak) (Entered: 03/14/2023) |
| 03/14/2023 | Ï 3 | MOTION for Leave to Proceed in forma pauperis (Restricted Access) by Ronald Satish Emrit. Response to Motion due by 3/28/2023. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Envelope) Motions referred to Shiva V. Hodges. (lbak) (Entered: 03/14/2023) |
| 03/15/2023 | Ï 5 | **REPORT AND RECOMMENDATION recommending the district court transfer this matter to the United States District Court for the Southern District of Florida for further disposition. Objections to R&R due by 3/29/2023. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Signed by Magistrate Judge Shiva V. Hodges on 3/15/2023. (lbak)** (Entered: 03/15/2023) |
| 03/15/2023 | Ï 6 | ***CASE MANAGEMENT TRANSFERRED to civil case manager for Judge Donald C Coggins, Jr. Any future filings must be sent to the Clerk's Office at the following address: 201 Magnolia Street, Spartanburg, SC 29306. (lbak) (Entered: 03/15/2023) |

| | | |
|---|---|---|
| 03/15/2023 | Ï 7 | ***DOCUMENTS MAILED 5 REPORT AND RECOMMENDATION and 6 Transfer of Case Management, placed in U.S. Mail from Columbia Clerks Office to Ronald Satish Emrit, 6655 38th Lane East, Sarasota, Fl 34243. (lbak) (Entered: 03/15/2023) |
| 04/25/2023 | Ï 8 | OBJECTION to 5 Report and Recommendation (titled Notice of Appeal) by Ronald Satish Emrit. Reply to Objections due by 5/9/2023 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (alew) (Entered: 04/27/2023) |
| 06/26/2023 | Ï 10 | **ORDER RULING ON REPORT AND RECOMMENDATION adopting 5 Report and Recommendation as set out. Signed by Honorable Donald C Coggins, Jr on 6/26/23. (alew)** (Entered: 06/27/2023) |
| 06/26/2023 | Ï 11 | **TEXT ORDER finding as moot 3 Motion for Leave to Proceed in forma pauperis. Signed by Honorable Donald C Coggins, Jr on 6/26/23.(alew)** (Entered: 06/27/2023) |
| 06/27/2023 | Ï 12 | JUDGMENT: It is ordered that venue is improper in this District and transfers this case to the United States District Court for the Southern District of Florida. (alew) (Entered: 06/27/2023) |